IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>P & B INTERMODAL SERVICES, LLC,<br><br>Defendant. | **8:23CV197**<br><br>**SHOW CAUSE ORDER** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on May 15, 2023 (Filing No. 1). Plaintiff filed a return of service indicating service on Defendant on May 22, 2023. (Filing No. 8). No answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until August 14, 2023 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 24th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge